ROSENDO GONZALEZ, JR.
in private capacity and as Administrator of the Estate of Santiago Diaz Chavera
P.O. Box 454
Hamilton City, CA [95951]
Telephone: (530) 826-8143
Plaintiff, in private capacity

FILED

NOV 07 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROSENDO GONZALEZ, JR.,
in private capacity and as Administrator
of the Estate of Santiago Diaz Chavera,
Plaintiff,

v.

NEWREZ LLC d/b/a Shellpoint Mortgage Servicing;
NEW RESIDENTIAL MORTGAGE LLC;
RITHM CAPITAL CORP.; and DOES 1–10,
Defendants.

Case No.: 2:25CV3239 TLN AC (PS)

COMPLAINT FOR EQUITABLE RELIEF

1. Restitution / Constructive Trust
2. Violation of Probate Code – Creditor Claim
3. Declaratory and Injunctive Relief
4. Violations of FDCPA and Rosenthal Act

DEMAND FOR JURY TRIAL

## I. INTRODUCTION

Plaintiff, in private capacity and as Administrator of the Estate of Santiago Diaz Chavera, seeks equitable relief to remedy the unlawful collection of $33,311.11 by Defendants during probate proceedings, in violation of California Probate Code and federal and state consumer protection laws.

This action is grounded in equity: to restore estate funds wrongfully taken, prevent unjust enrichment, and declare Defendants' collection void for failure to comply with statutory requirements.

## II. JURISDICTION AND VENUE

This Court has federal question jurisdiction under 28 U.S.C. § 1331 for FDCPA claims.

Supplemental jurisdiction lies under 28 U.S.C. § 1367 for related state-law equitable claims.

Venue is proper under 28 U.S.C. § 1391(b) because Defendants conduct business in this District and the estate proceedings occurred in Glenn County, California.

## III. PARTIES

Plaintiff Rosendo Gonzalez, Jr. is the duly appointed Personal Representative and Administrator of the Estate of Santiago Diaz Chavera, Case No. 05PR00146, Superior Court of California, County of Glenn.

Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing is a Delaware limited liability company with its principal office at 1100 Virginia Drive, Suite 125, Fort Washington, PA 19034, and registered agent in California: Corporation Service Company d/b/a CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

Defendant New Residential Mortgage LLC is a Delaware limited liability company with its principal office at 1345 Avenue of the Americas, 45th Floor, New York, NY 10105, and registered agent in California: Corporation Service Company d/b/a CSC – Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

Defendant Rithm Capital Corp. (f/k/a New Residential Investment Corp.) is a Delaware corporation, parent of the above entities, with registered agent C T Corporation System, 330 N. Brand Blvd., Glendale, CA 91203.

DOES 1–10 are unknown parties who participated in or benefited from the unlawful collection. Plaintiff will amend this complaint once their identities are ascertained.

## IV. FACTUAL ALLEGATIONS

On March 14, 2016, in Glenn County Superior Court probate proceedings, estate property at 155 Sacramento Avenue was sold.

Escrow records reflect a 'Payoff to Ditech' in the amount of $33,311.11 (Exhibit A).

Ditech (later Ditech Financial LLC) did not file a creditor's claim in the probate case as required by California Probate Code §§ 9000–9399.

Nevertheless, Defendants caused the estate to pay $33,311.11 directly through escrow, outside probate court oversight.

Plaintiff filed a consumer fraud complaint with the Federal Trade Commission (Report No. 184198513) (Exhibit B).

In April 2015, the FTC and CFPB sanctioned Green Tree Servicing/Ditech for abusive practices, imposing $63 million in restitution and penalties (FTC Matter No. 122-3292) (Exhibit C).

The collection from this estate is consistent with those condemned practices and violates principles of equity, good conscience, and statutory law.

## V. CLAIMS FOR RELIEF

Count I – Restitution / Constructive Trust (Equity): Defendants hold $33,311.11 obtained from the estate without lawful basis. Equity requires return of such funds and/or a constructive trust for the benefit of the estate heirs.

Count II – Violation of California Probate Code (Equity/Statutory): Under Probate Code §§ 9000–9399, creditors must file a claim before collecting. Defendants' failure renders the collection void and subject to equitable restitution.

Count III – Declaratory and Injunctive Relief (Equity): Plaintiff seeks a declaration that Defendants' collection from the estate was unlawful and void. Plaintiff further seeks an injunction prohibiting Defendants from asserting the validity of the $33,311.11 collection or similar estate claims without complying with probate law.

Count IV – FDCPA & Rosenthal Act (Legal & Equitable Overlay): Defendants engaged in unfair and deceptive practices in violation of 15 U.S.C. §§ 1692e, 1692f and Cal. Civ. Code §§ 1788 et seq. Plaintiff seeks equitable relief in the form of restitution and declaratory judgment, in addition to statutory remedies.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court enter judgment as follows:

a. Restitution of $33,311.11 to the Estate of Santiago Diaz Chavera, with interest;

b. Constructive trust over any funds Defendants unjustly retain from the estate;

c. Declaratory relief declaring the collection void for failure to comply with California Probate Code;

d. Injunctive relief enjoining Defendants from asserting or enforcing the alleged debt against the estate or its heirs without probate compliance;

e. Costs of suit and statutory relief under FDCPA/Rosenthal Act;

f. Such other equitable and legal relief as this Court deems just and proper.

VII. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

DATED: 11/04, 2025

Respectfully submitted,

By, Gonzalez: Rosendo Jr - without prejudice
ROSENDO GONZALEZ, JR.
Plaintiff, in private capacity

VERIFICATION

I, Rosendo Gonzalez, Jr., Plaintiff in private capacity, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of November, 2025, at Hamilton City, California.

By, Gonzalez: Rosendo Jr - without prejudice
ROSENDO GONZALEZ, JR.
Plaintiff, in private capacity

1

2

3  EXHIBITS

4  Exhibit A – Probate Final Account (showing 'Payoff to Ditech – $33,311.11')

5  Exhibit B – FTC Consumer Report (Report No. 184198513)

6  Exhibit C – FTC/CFPB Consent Order, April 2015

| | | | |
|---|---|---|---|
| 03/14/16 | NHD to Valley Professional Services | 64.00 | |
| 03/14/16 | County taxes to Glenn County Tax Collector | 1,429.59 | |
| 03/14/16 | Delinquent taxes due Glenn County Tax Collector | 18,619.29 | |
| 03/14/16 | Prorated County Taxes (3/14/16 to 7/1/16) | ( 404.69) | |
| 03/14/16 | Assess from 3/14/16 to 5/1/16, moly @73.28 | ( 114.81) | $29,669.18 |

**Closing Cost from Sale of Real Property - APN: 032-062-018-0 (155 Sacramento Ave)**

| | | | |
|---|---|---|---|
| 03/14/16 | Payoff to Ditech | 33,311.11 | |
| 03/14/16 | Commission to Keller Williams Realty | 2,520.00 | |
| 03/14/16 | Owners Policy to Old Republic Title Co. | 302.50 | |
| 03/14/16 | Escrow Fee to Bidwell Title & Escrow Company | 350.00 | |
| 03/14/16 | Recording Fees - Glenn Co. Recorder | 37.00 | |
| 03/14/16 | Recording Service to Old Republic Title Co. | 10.00 | |
| 03/14/16 | Co. Transfer Tax to Glenn County Recorder | 46.20 | |
| 03/14/16 | Assessment due Hamilton City Comm. Service | 146.56 | |
| 03/14/16 | NHD to Valley Professional Services | 64.00 | |
| 03/14/16 | County taxes to Glenn County Tax Collector | 925.61 | |
| 03/14/16 | Delinquent taxes due Glenn County Tax Collector | 10,055.38 | |
| 03/14/16 | Prorated County Taxes (3/14/16 to 7/1/16) | ( 262.01) | |
| 03/14/16 | Assess from 3/14/16 to 5/1/16, moly @73.28 | ( 114.81) | |
| 03/14/16 | Transfer from escrow #253433 | ( 5,391.54) | **$42,000.00** |

                                                             **Total:**     **$98,182.63**

*Inter-account transfers, balance not included

**Advances made by Personal Representative



**FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

## Consumer Report To The FTC

FTC Report Number
184198513

The FTC cannot resolve individual complaints, but we can provide information about next steps to take. We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

**Name:** ROSENDO GONZALEZ JR

**Email:** rosendo.gonzalez1012@yahoo.com

**Address:** 290 Sacaramento Ave P.O. Box 454

**Phone:** 530-588-5867

**City:** Hamilton City  **State:** California  **Zip Code:** 95951--966

**Country:** USA

### What happened

#### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 07/11/2016 | | $33,311.11 |
| **Payment Used:** | | **How I was contacted:** |
| Bank Wire Transfer or Payment | | Other |

### Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:** | | |
| Ditech Financial LLC | | |
| **Address Line 1:** | **Address Line 2:** | **City:** |
| **State:** | **Zip Code:** | **Country:** |
| **Email Address:** | | |
| **Phone:** | | |
| **Website:** | | |
| **Name of Person You Dealt With:** | | |

### Your Next Steps



If you paid with an electronic bank transfer or withdrawal:

- **Contact your bank immediately.** Ask if the bank can stop the transaction or recover your money from the person's or company's account. Tell the bank the reason you want to stop the transfer, and give them the bank account number your money was sent to. Don't wait. Let your bank know as soon as you can.

- **If the bank won't help you, file a complaint with the CFPB at** consumerfinance.gov/complaint.

General Advice:

EXHIBIT C

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

FEDERAL TRADE COMMISSION and )
CONSUMER FINANCIAL PROTECTION )
BUREAU, )
                                              )    15-cv-02064 (SRN-JSM)
            Plaintiffs, )
                v. )
GREEN TREE SERVICING LLC, a Delaware )
limited liability company, )
            Defendant. )

## STIPULATED ORDER FOR PERMANENT
## INJUNCTION AND MONETARY JUDGMENT

Plaintiffs, the Federal Trade Commission ("Commission") and the Consumer Financial Protection Bureau ("Bureau"), have filed their Complaint for a permanent injunction and other relief in this matter. The Commission brought this action pursuant to Sections 5(a) and 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a) and 53(b). The Bureau brought this action pursuant to Sections 1031(a), 1036(a)(1), and 1054 of the Consumer Financial Protection Act of 2010 ("CFPA"), 12 U.S.C. §§ 5531(a), 5536(a)(1), and 5564, and sought civil penalties pursuant to Section 1055 of the CFPA, 12 U.S.C. § 5565(c). Defendant Green Tree Servicing LLC

Page 1 of 65