UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSENDO GONZALEZ, JR.,

Plaintiff,

v.

NEWREZ LLC, et al.

Defendants.

No.  2:25-cv-3239-TLN-AC

**ORDER**

Plaintiff, proceeding *pro se*, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 17, 2026, the magistrate judge filed findings and recommendations, which recommended dismissal of the Complaint because Plaintiff shall not proceed *pro se* to represent the claims of an estate.  (ECF No. 4 at 3.)  The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  (*Id*. at 4.)  Plaintiff filed late objections seeking leave to amend the complaint to assert individual claims.  (ECF No. 5.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections (ECF No. 5), the Court finds the findings and recommendations to be supported by the record and by proper analysis.  Indeed, all of the claims asserted in the

1

Complaint and the relief requested are on behalf of the estate.  (*See* ECF No. 1 at 3–4.)  However, Plaintiff requests leave to amend to assert individual claims.  The Court finds that, if Plaintiff can adequately state an individual claim, amendment would not be futile as to individual claims.  Thus, the Court grants leave to amend the Complaint.  Within 45 days, Plaintiff may secure counsel to represent the estate and/or file an amended complaint adequately stating individual claims.  The Court cautions Plaintiff to strictly follow this Court's deadlines.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 17, 2026 (ECF No. 4) are adopted in part;

2.  The Complaint (ECF No. 1) is DISMISSED without prejudice;

3.  **Within 45 days of the date of this Order**, Plaintiff may file an amended complaint; and

4.  This matter is referred back to the U.S. Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Date: April 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2