UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSENDO GONZALEZ, JR,

Plaintiff,

v.

NEWREZ LLC, et al.,

Defendants.

No. 2:25-cv-3239 TLN AC PS

ORDER

Plaintiff, proceeding pro se, filed the above-entitled action which is referred to the undersigned for pre-trial procedures pursuant to Local Rule 302(c)(21). On February 17, 2026, the undersigned filed findings and recommendations which recommended dismissal of the complaint because plaintiff may not proceed pro se to represent the claims of an estate. ECF No. 4 at 3. The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. Id. at 4. Plaintiff filed late objections seeking leave to amend the complaint to assert individual claims. ECF No. 5. On April 29, 2026, the District Judge accepted plaintiff's objections and ordered plaintiff to file an amended complaint within 45 days of the order. ECF No. 6. The amended complaint was due no later than Monday, June 15, 2026. Plaintiff did not file the anticipated amended complaint.

IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, no later than July

1

6, 2026, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an amended complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: June 18, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE