UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO GONZALEZ, JR.,<br>Plaintiff,<br>v.<br>NEWREZ LLC, et al.,<br>Defendants. | No. 2:25-cv-3239 TLN AC PS<br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

Plaintiff, proceeding pro se, filed the above-entitled action which is referred to the undersigned for pre-trial procedures pursuant to Local Rule 302(c)(21). On February 17, 2026, the undersigned filed findings and recommendations which recommended dismissal of the complaint because plaintiff may not proceed pro se to represent the claims of an estate. ECF No. 4 at 3. The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. Id. at 4. Plaintiff filed late objections seeking leave to amend the complaint to assert individual claims. ECF No. 5. On April 29, 2026, the District Judge accepted plaintiff's objections and ordered plaintiff to file an amended complaint within 45 days of the order. ECF No. 6. The amended complaint was due no later than Monday, June 15, 2026.

Plaintiff did not file the anticipated amended complaint. Concerned that plaintiff had abandoned this case, the court issued an order to show cause why this action should not be

dismissed for failure to prosecute. ECF No. 7. Plaintiff was cautioned that failure respond could lead to a recommendation that the action be dismissed. Plaintiff again did not respond. Plaintiff has not responded to the court's orders, nor taken any action to prosecute this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE